**Ashley Yount**

| | |
|---|---|
| **From:** | ccanoticingservice@txcourts.gov |
| **Sent:** | Wednesday, July 08, 2015 6:03 PM |
| **To:** | coa12notices |
| **Subject:** | Notice(s): PD-0270-15 |
| **Attachments:** | RETURNED TO COA__FILECOPY.pdf |



FILED IN COURT OF APPEALS
12th Court of Appeals District

JUL 09 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

You have received notice(s) for the following case(s):

PD-0270-15
SULLIVAN, JOSEPH EDWARD

Files
RETURNED TO COA__FILECOPY.pdf

Thank you,
Abel Acosta, Clerk
Court of Criminal Appeals

Do not reply to this message. If you have questions, please contact the Court at (512) 463-1551.